```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

FEB 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
LEONARDO RAMIREZ, ET AL      *
                             *
VS.                          *      CIVIL ACTION
                             *      NO. B-97-117
GARY L. JOHNSON, ET AL       *
```

MEMORANDUM ORDER

This cause of action was initiated on April 8, 1997, in the United States District Court, Corpus Division of the Southern District of Texas. Petitioners, Ramirez and McKinley were inmates in the Texas Department of the Criminal Justice - Institutional Division ("TDCJ-ID"), and were housed in the Willacy Unit in Raymondville, Texas.

Proceeding *pro se*, Petitioners filed this civil rights complaint pursuant to 42 U.S.C. § 1983, complaining that a correction officer at the Willacy Unit wrongfully found each Petitioner guilty of a disciplinary offense.

Petitioners contend that the Warden of the Willacy Unit and the Director of TDCJ-ID state jail facilities are responsible for the policies that violate Petitioners' civil rights.

On May 20, 1997, the Honorable Janis Graham Jack, U.S. District Judge, for the Southern District of Texas, Corpus Christi Division, took judicial notice of the geographic location of the Willacy Unit and ordered a transfer of the venue to the Brownsville Division. On July 23, 1997, the Attorney General for the State of Texas was ordered to file a response to Petitioners'

civil rights complaint. Ten months later, the Honorable Filemon B. Vela, U.S. District Judge, entered an order denying, without prejudice, all pending motions and allowing the parties to re-urge any motion.

Over eight months have elapsed and Petitioners have failed to take any action to further prosecute their cause of action. Therefore, this Court is of the opinion that this cause of action should be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Done at Brownsville, Texas, this ___3___ day of February, 1999.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com